**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 13, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00456-CV

---

**PROFESSIONAL DIRECTIONAL ENTERPRISES D/B/A PROFESSIONAL DIRECTIONAL, Appellant**

**V.**

**TONYA KELLEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARLAND RICKIE KELLEY AND AS NEXT FRIEND FOR KARSYN I. KELLEY AND WILLIAM J. KELLEY, MINORS AND MATTHEW KELLEY, Appellees**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-75148**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 20, 2015. On October 5, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.